DANIEL R. WOTMAN & ASSOCIATES, PLLC, Respondent, v JANET CHANG, Appellant.

Submitted May 15, 2017; decided June 29, 2017

1048

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FEINMAN taking no part.